**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **JENEEN MACK,** | X : |
| **Plaintiff,** | : |
|  | : Civil Action No.: 02-CV-3850 |
| v. | : |
|  | : |
| **NATIONAL RAILROAD PASSENGER** | : |
| **CORPORATION a/k/a AMTRAK** | : |
|  | : **NOTICE OF MOTION** |
| **Defendants.** | : |
|  | X |

TO:  Marvin I. Barish, Esq.
     Marvin I. Barish Law Offices, P.C.
     Three Parkway, 13th Floor
     Philadelphia, PA 19102

PLEASE TAKE NOTICE that the undersigned, attorney for defendant National Railroad Passenger Corporation ("Amtrak"), shall apply to the U.S. District Court for the Eastern District of Pennsylvania for an Order admitting Andrew B. Charkow, Esq. pro hac vice.

In support hereof, defendant Amtrak shall rely upon the Certification of John A. Bonventre, Esq., Certification of Andrew B. Charkow, Esq. and proposed form of Order.

                                    _____
                                    John A. Bonventre, Esq.

Dated:  February 24, 2003

268949.1 DocsNJ

**CERTIFICATION**

I hereby certify that the original of the within Notice of Motion and supporting documents have been delivered via regular mail to the Clerk at the United States District Court of the Eastern District of Pennsylvania, United States Courthouse, 601 Market Street, Room 2609 in Philadelphia, Pennsylvania, and that a copy has been delivered via Federal Express to plaintiff's attorney on February 24, 2003.

_____
John A. Bonventre, Esq.

Dated: February 24, 2003