**LANDMAN CORSI BALLAINE & FORD**
One Gateway Center, Suite 400
Newark, New Jersey 07102-5311
(973) 623-2700
Attorneys for Defendant
National Railroad Passenger Corporation

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENEEN MACK** | x |
|           Plaintiff, | : Civil Action No.: 02-CV-3850 |
| | : |
| v. | : |
| | : CERTIFICATION OF |
| **NATIONAL RAILROAD PASSENGER** | : <u>**ANDREW B. CHARKOW, ESQ.**</u> |
| **CORPORATION,** | : |
| | : |
|           Defendant | : |
| | X |

    Andrew B. Charkow, Esq., hereby certifies as follows:

    1.   I am an attorney duly admitted to practice before the courts of New Jersey and Pennsylvania and am counsel to defendant National Railroad Passenger Corporation ("Amtrak"), which is located in Washington, D.C. and engages in business in Philadelphia, Pennsylvania.

    2.   I am a member in good standing of the Bar of the State of New Jersey and the Bar of New York. I also am a member in good standing of the Bar of the United States District Court for the District of New Jersey and the Southern and Northern District Courts of New York.

    3.   For the reasons set forth below, I respectfully request

that I be admitted pro hac vice to represent Amtrak in this action.

    4.   Amtrak wishes me to assist in its defense in this action because I am familiar with the facts relevant to this matter.

    5.   For these reasons, I respectfully submit that there is good cause for this pro hac vice admission.

    I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Andrew B. Charkow

DATED:   February 24, 2003