**LANDMAN CORSI BALLAINE & FORD**
One Gateway Center, Suite 400
Newark, New Jersey 07102-5311
(973) 623-2700
Attorneys for Defendant
National Railroad Passenger Corporation

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JENEEN MACK,**             x<br>                                  :<br>          **Plaintiff,** :<br>                                  :<br>    **v.**                                 :<br>                                  :<br>**NATIONAL RAILROAD PASSENGER** :<br>**CORPORATION,** :<br>                                  :<br>       **Defendant/Third-** :<br>       **Party Plaintiff** :<br>                                  :<br>                                  x | Civil Action No.: 02-CV-3850<br><br><br><br><br><br><br><u>**ORDER**</u> |

THIS MATTER having been opened to the Court by Landman Corsi Ballaine & Ford, as counsel for defendant National Railroad Passenger Corporation ("Amtrak"), for an Order admitting Andrew B. Charkow, Esq., <u>pro hac vice</u>; and it appearing that there is no opposition to this application, and for good cause shown;

IT IS on this       day of                 2002;

ORDERED that Andrew B. Charkow, Esq. is admitted <u>pro hac vice</u> as an attorney for Amtrak in the above matter; and it is further

268952.1 DocsNJ

ORDERED that pursuant to Local Rule 83.5.2 for the Eastern District of Pennsylvania, Andrew B. Charkow, Esq. shall be admitted to the Pennsylvania bar for purposes limited to the above-captioned matter.

_____
                                                        J.

268952.1 DocsNJ