IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENEEN MACK | : | CIVIL ACTION |
| V. | : | NO. 02-3850 |
| NATIONAL RAILROAD PASSENGER CORPORATION | : | |

O R D E R

**AND NOW,** this 14th day of January, 2003, due to the unavailability of plaintiff's counsel, **IT IS HEREBY ORDERED** that the trial in this action is **CONTINUED** until **April 7, 2003 at 10:00 a.m.**

_____
William H. Yohn, Jr., Judge