IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENEEN MACK | : | CIVIL ACTION |
| V. | : | NO. 02-3850 |
| NATIONAL RAILROAD PASSENGER CORPORATION | : | |

## O R D E R

**AND NOW, TO WIT:** this 28th day of March, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**ALL PENDING MOTIONS ARE DISMISSED AS MOOT**.


**MICHAEL E. KUNZ**, Clerk of Court


**BY:** _____
Rita L. Polkowski
Deputy Clerk


Civ 2 (8/2000)
41(b).frm